UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON C. BROWN,<br><br>Defendant. | No. 2:14-CR-021-RMP-29<br><br>ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE<br><br>☒   Motion Granted<br>**(ECF No. 472)** |

At the April 1, 2014, hearing on Defendant's Motion for Reconsideration, Assistant U.S. Attorney Russell E. Smoot represented the United States. The Defendant was present, in custody, with counsel Frank Cikutovich. Both parties argued.

**IT IS ORDERED** that the release of the Defendant is subject to the following:

### STANDARD CONDITIONS OF RELEASE

**(1)**  Defendant shall not commit any offense in violation of federal, state or local law.  Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.  Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**(2)**  Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**(3)**  Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

**(4)**  Defendant shall sign and complete A.O. Form 199C before being released and shall reside at the address furnished.

**(5)**  Defendant shall not possess a firearm, destructive device or other dangerous weapon.

**(6)**  Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**(7)**  Defendant shall contact defense counsel at least once a week.

**(8)**  Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**(9)**  Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**(10)**  Surrender any passport to Pretrial Services and shall not apply for a new passport.

**(11)**  Defendant shall remain in the Eastern District of Washington while the case is pending.

**(12)**  Avoid all contact, direct or indirect, with any persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution, including but not limited to known gang members

**(13)** Avoid all contact, direct or indirect, with Co-Defendants.

**(14)** Refrain from any use of alcohol.

**(15)** There shall be no alcohol in the home where Defendant resides.

**(16)** There shall be no firearms in the home where Defendant resides.

### HOME CONFINEMENT/ELECTRONIC/GPS MONITORING

**(17)** Defendant shall participate in one or more of the following home confinement program(s):

**Electronic Monitoring**: The Defendant shall participate in a program of electronically monitored home confinement. The Defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation. In the event the Defendant does not respond to electronic monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

OR

**GPS Monitoring**: The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

AND

**Home detention**: Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to

employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

**BOND**

**(18)** Defendant shall post a $5,000.00 percentage bond with the court, with $750.00 paid in cash.

DATED April 3, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE - 4