UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON C. BROWN,<br><br>Defendant. | No. 2:14-021-RMP-29<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY BY REMOVING EHM AND ADDING A CURFEW |

Before the Court is the Defendant's Motion to Modify Order Setting Conditions of Release. ECF No. 749. Defendant seeks to have the release condition of electronic home monitoring removed and that a curfew be imposed.

The U.S. Probation Office does not oppose Defendant's request; the United States does not oppose the request if Probation does not object. Accordingly,

**IT IS ORDERED**:

1. The Defendant's Motion to Modify Order Setting Conditions of Release, **ECF No. 749,** is **GRANTED.** Defendant shall no longer be subject to the condition of electronic home monitoring.

2. The Defendant shall have a curfew of **8:30 p.m. to 7:00 a.m.** and shall be confined to his release address between those hours.

Defendant shall continue to abide by all other conditions of release previously imposed.

DATED July 3, 2014.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1