1

2

3                          UNITED STATES DISTRICT COURT

4                          EASTERN DISTRICT OF WASHINGTON

5

6    UNITED STATES OF AMERICA,              No. 2:14-021-RMP-29

7                     Plaintiff,            ORDER GRANTING UNOPPOSED
                                            MOTION TO MODIFY BY
8    vs.                                    REMOVING EHM AND ADDING A
                                            CURFEW
9
     AARON C. BROWN,
10

11                   Defendant.

12          Before the Court is the Defendant's Motion to Modify Order Setting

13   Conditions of Release.  ECF No. 749.   Defendant seeks to have the release

14   condition of electronic home monitoring removed and that a curfew be imposed.

15          The U.S. Probation Office does not oppose Defendant's request; the United

16   States does not oppose the request if Probation does not object.  Accordingly,

17          **IT IS ORDERED**:

18          1.    The Defendant's Motion to Modify Order Setting Conditions of

19   Release, **ECF No. 749,** is **GRANTED.**   Defendant shall no longer be subject to

20   the condition of electronic home monitoring.

21          2.    The Defendant shall have a curfew of **8:30 p.m. to 7:00 a.m.** and

22   shall be confined to his release address between those hours.

23          Defendant shall continue to abide by all other conditions of release

24   previously imposed.

25          DATED July 3, 2014.

26

27             _____

28                                       JOHN T. RODGERS
                                 UNITED STATES MAGISTRATE JUDGE

ORDER - 1