1
2
3
4

5      UNITED STATES DISTRICT COURT

6      EASTERN DISTRICT OF WASHINGTON

7  UNITED STATES OF AMERICA,                NO: 2:14-CR-21-RMP-29

8                        Plaintiff,          ORDER GRANTING MOTION TO
                                             MODIFY ORDER SETTING
9         v.                                 CONDITIONS OF RELEASE TO
                                             RETURN CASH BOND
10  AARON C. BROWN (29),

11                        Defendant.

12        **BEFORE THE COURT** is Defendant Brown's Motion to Modify Order

13  Setting Conditions of Release to Return Cash Bond, ECF No. 1721.  The Court has

14  reviewed the record and is fully informed.

15        Defendant moves this Court to modify his conditions of release by

16  authorizing the return of a $750.00 cash bond to Stephanie Clinton, who paid the

17  cash bond, as Defendant has thus far complied fully with his conditions of release.

18  *See* ECF No. 1721 at 2.  The Government does not object to the requested

19  modification.  *Id*.

20        Based on the foregoing considerations, the Court finds good cause to grant

21  the motion.

ORDER GRANTING MOTION TO MODIFY ORDER SETTING CONDITIONS
OF RELEASE TO RETURN CASH BOND ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1.  Defendant's Motion to Modify Order Setting Conditions of Release to Return Cash Bond, **ECF No. 1721**, is **GRANTED**.

2.  All other conditions of release previously imposed shall remain in full effect.

The District Court Clerk is directed to enter this Order, return the $750.00 cash bond to Stephanie Clinton, and provide copies of this Order to counsel.

**DATED** this 23rd day of November 2015.

_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING MOTION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE TO RETURN CASH BOND ~ 2